```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - against -               :       ORDER
                                          16 Civ. 4400 (DC)
JESUS MENDEZ,                     :       96 Cr. 317 (DC)

                Defendant.        :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

  Jesus Mendez, proceeding <u>pro se</u>, filed a motion on March 18, 2020 asking to be resentenced.  Crim. Dkt. No. 181.  I treated his request as a successive § 2255 motion, and, in the interests of justice, transferred that matter to the United States Court of Appeals for the Second Circuit.  Crim. Dkt. No. 182.  Mendez has since requested an update regarding the status of his motion.  Crim. Dkt. No. 193.

  Because that matter is no longer before me, Mendez should direct any further inquiries regarding his March 18, 2020 motion to the Second Circuit.  To ensure that Mendez is aware that his request has been transferred, the Clerk of Court is directed to mail this order and my March 31, 2020 order, Crim. Dkt. No. 182, to Mendez at the following two addresses, the first of which is listed as Mendez's return address on his most recent letter to the Court, Crim. Dkt. No. 193, and the second

of which is the address for United States Penitentiary Lee that is listed on the Federal Bureau of Prisons' website:

>Jesus Mendez
>BOP #: 38655-054
>USP Lee / P.O. Box 305
>Jonesville, Virginia 24263
>
>and
>
>Jesus Mendez
>BOP #: 38655-054
>Lee County Industrial Park
>Hickory Flats Road
>Pennington Gap, Virginia 24277
>
>SO ORDERED.

Dated:   New York, New York
         June 23, 2020

                                  ___s/Denny Chin_____
                                  DENNY CHIN
                                  United States Circuit Judge
                                  Sitting by Designation