```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        - against -                 :       ORDER
                                             16 Civ. 4400 (DC)
JESUS MENDEZ,                       :       96 Cr. 317 (DC)

            Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

Defendant Jesus Mendez's motion for leave to appeal in forma pauperis is hereby GRANTED.

SO ORDERED.

Dated:   New York, New York
         August 17, 2020

                                             ___s/Denny Chin_____
                                             DENNY CHIN
                                             United States Circuit Judge
                                             Sitting by Designation